IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | CASE NO. **CR-05-0375 SI** |
| Plaintiff, | **ORDER** |
| vs. | |
| **PATH VUONG**, | |
| Defendant. | |

    **GOOD CAUSE APPEARING IT IS HEREBY ORDERED** that the property known as **161 San Luis Obispo Street, San Pablo, California 94806**, Assessor's Parcel number **416-190115-4** is hereby released and exonerated as Surety for Defendant **PATH VUONG** and the same be returned to its owner **KIM NHET VUONG** free and clear of any Federal lien as bail for the above Defendant.

Dated: _____

_____
Judge Susan Illston

IT IS SO ORDERED