1
2
3
4
5
6
7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11   **UNITED STATES OF AMERICA**,   )    CASE NO. **CR-05-0375 SI**

12            Plaintiff,   )    **ORDER**

13     vs.   )

14   **PHAT VUONG**,   )

15            Defendant.   )

16

17       **GOOD CAUSE APPEARING IT IS HEREBY ORDERED** that the property known as

18 2378 18th Street, San Pablo, CA 94806, owned by **DUONG T. VUONG** and **VU TRAN**, a wife

19 and husband, per the Stipulation be accepted in lieu of bail for surety in the continued appearance

20 of **PHAT VUONG** in the above entitled case pending against him in the United States District

21 Court for the Northern District of California until said bail is exonerated.

22
23
24 Dated: _____        _____
                                                         Judge of the United States District Court
25
26
27
28